IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GEORGE E. FISHER
and PHYLLIS B. FISHER,
    Plaintiffs,

vs.                                                3:07cv266/RV/MD

CONSECO FINANCE CO., INC., et al.,[1]
    Defendants.
_____

**O R D E R**

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on September 11, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The removal is DISMISSED as improper.

    3.    The clerk is directed to remand this case to the Circuit Court for Santa Rosa County, Florida, and close this file.

    4.    All pending motions are DENIED AS MOOT.

    At Pensacola, Florida, this 12th day of October, 2007.

                                            */s/ Roger Vinson*
                                            **ROGER VINSON**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**

---

[1] The named defendants are Conseco Finance Co., Inc.; Green Tree, Inc.; Green Tree, Inc. Corporate Legal Department; Green Tree Insurance Agency, Inc.; Green Tree Servicing, LLC d/k/a Conseco Financial Service Corp. (Doc 1, Attach. 1, Ex. A).